FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 13, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEY TRONIC CORPORATION, a Washington corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLEAN AIR GROUP, INC., a Delaware corporation d/b/a ATMOSAIR SOLUTIONS,<br><br>　　　　Defendant. | No. 2:24-CV-00068-SAB<br><br>**ORDER GRANTING DISMISSAL AND CLOSING FILE** |

　　Before the Court is Plaintiff's Notice of Voluntary Dismissal with Prejudice, ECF No. 12. Plaintiff is represented by Abigail Z. Staggers and John C. Theiss. Defendant has not yet appeared.

　　Plaintiff informs the Court that they voluntarily dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Being fully informed, the Court grants the motion and dismisses this action.

//

//

//

//

//

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Notice of Voluntary Dismissal with Prejudice, ECF No. 12, is **GRANTED**.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the above-captioned action is **DISMISSED with prejudice** without costs or attorneys' fees to any party.

3. All claims against Defendant are **DISMISSED with prejudice**.

4. All pending motions are **DISMISSED as moot**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 13th day of June 2024.



Stanley A. Bastian
Chief United States District Judge

ORDER GRANTING DISMISSAL AND CLOSING FILE # 2